FRANK C. CAMPBELL, Respondent, *v.* FREDERICK W. MARQUAND et al., Appellants.

Argued May 21, 1946; decided June 13, 1946.

*Harold R. Medina, William Gilbert* and *Frederick W. Marquand,* in person, for Frederick W. Marquand and another, appellants.

*Jay Leo Rothschild* and *Carl Sherman* for respondent.

Judgment affirmed, with costs, no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.